1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11
FEDERICO DIAZ,                    )        No. EDCV 11-811-CW
12                                )
                Plaintiff,        )        JUDGMENT
13                                )
         v.                       )
14                                )
MICHAEL J. ASTRUE,                )
15  Commissioner, Social Security )
    Adminstration,                )
16                                )
                Defendant.        )
17  _____)

18

19      **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22
DATED: August 15, 2012
23

24                              _____
                                           Carla M. Woehrle
25                                       CARLA M. WOEHRLE
                                   United States Magistrate Judge
26

27

28