Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Federico Diaz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO DIAZ,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: ED CV 11-811 PA CW<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: November 28, 2012

Carla M. Woehrle
THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Denise Bourgeois Haley*

4  Denise Bourgeois Haley
   Attorney for plaintiff Federico Diaz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26